No. 220. UNJIENG *v.* PHILIPPINE ISLANDS ET AL. October 10, 1938. Petition for writ of certiorari to the Su-

preme Court of the Philippines denied. *Mr. A. D. Gibbs* for petitioner. *Messrs. Jose Yulo, Clyde Alton Dewitt* and *Eugene Arthur Perkins* for respondents.